Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV - 7 2022
ARTHUR JOHNSTON
BY __________ DEPUTY

1291269 0101269
T1269

Error Stafford Chamber Monroe
Mistake Lydelo Lydello
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Sherriff Department Police Department
Management training Corporation
East Meridian Mississippi Correctional
Lauderdale County Private Prison
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:22cv651-CWR-LGI ~~007773695~~
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Law-Suit Compensation Social Security Benefit Income Monthly Stafford Chamber Monroe Lydello Check

All other names by which you have been known: Cash Check Green Cash Check Law-Suit Compensation Medicare Health Insurance card Money cash or check Mississippi Department of Corrections

ID Number: T1269, 0101269, 0077736959

Current Institution: East Meridian Mississippi Correctional private Prison facility

Address: 10641 Hwy 80 west

Meridian (City) Mississippi (State) 39307 (Zip Code)

Jenaca Benson Smoker Hedges Newport Menthol Kool King Short Menthol Cigarett Started at aged 12 yr old in Illinois now

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Mayors Carl Nichols Smith Robert Lenae Sharon Leshay Raymond Lee Author Nichols Quintin Smithus Steven King, Rezon King Relgi Keira King, Stanley Starks Robert Jame Robinson Jr. Lee January Pastor Mazeeke Rev Barley Mrs. BirdtaiLS, Ms. Stephanie Patricks Rev Berard

Job or Title *(if known)*: Woman Smith Robinson Key vs State Casemanagers Mrs. Hardaway, Calloway

Shield Number: Aldermans Mr. Shamaka Smith Key Ms. Gully Mr. Crenshaw Mrs Howard

Employer: Robert Robinson Antonio Smith East Meridian Mississippi Correctional Institution

Address: Jr. Jason Smith Private prison 10641 Hwy 80 west Lauderdale County

Meridian (City) Mississippi (State) 39307 (Zip Code)

Tony Earl Nichols Deacon Walter Fellowship Harold Jone Baptist

☑ Individual capacity ☑ Official capacity

Lorman Mississippi 39096 Parents church and my church where I got baptize when I was kid

Defendant No. 2

Name: Alexander Martin Church Walloa Frank Baptist Davis Church Judge Lamar Prickard Mrs. Mc.clintons Mrs Avery Mrs. Crocket, Mrs. Howard, Mrs. Smith

Job or Title *(if known)*: Unit Manager, correction officer, Supervisor Kitchen

Shield Number: Hedges Portillio's Ray Rice

Employer: Deputy wardens Security warden Lauderdale County

Address: East Meridian Mississippi Correction Private prison

Meridian (City) Mississippi (State) 39307 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name ______

Job or Title *(if known)* ______

Shield Number ______

Employer ______

Address ______

*City* ______ *State* ______ *Zip Code* ______

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ______

Job or Title *(if known)* ______

Shield Number ______

Employer ______

Address ______

*City* ______ *State* ______ *Zip Code* ______

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

Bobby Rush B.B. King

Army National Guard Marine veteran Mr. Rickey King Betty King [illegible] Army Airforce [illegible] Navy Shreveport Louisiana cousin Anderson [illegible] New Orleans Louisiana [illegible] King Aunty [illegible] Uncle in law Estella Chambers [illegible] Kings Nate Mr. King

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Deputy Jefferson County, Ms. warden thomas warden Roger wallace Kings, caho, Honeyman Bubba Charles Medgar Evers Union Walton Marvin

George Bush Father, son John Paul U.S. President Barak obama Michelle obama [illegible] public defenders office [illegible] Taylor 601-948-2683 Addrienne wooten 601-968-6679 Steve Ratcliffs Employees Knights

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eric Monroe Jane Bryns [illegible] Lisa Ross [illegible] Law-suit settlements compensations cash or check white female male Principal was Ms. Petek teacher was Mr. Greenberg that taught all color African American students Mayor Constitution Book when Jimmy Carter, President Ronald Reagan Bill Clinton Hillary Clinton [illegible] Mr. Rev. Jesse Jackson and answer sheets Bill of Rights 26 admendments Amendments I, 5, VIII taken the written Constitution test at Julia Ward Howe School 720 N. Lorel Chicago Illinois 60644, in 8 grade to pass to 9th Grade Pass Score 92% [illegible] high school in Illinois

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Jefferson County vocational trade school taken written S.A.T. test class night date Diploma Graduate [illegible] Jefferson County [illegible] Amendments 10 thru 26 [illegible] Veteran [illegible] Principal Daniel Dan [illegible] Smith R.O.T.C. Military test and grade scores at Alcorn State University College [illegible] Jefferson County High School 1985, 86 Braves Lorman, Miss 39096 Fayette, Miss 39069 Army Recruiter Natchez Mall zipcode 39120 [illegible] Charles Medgar Evers [illegible] Principal [illegible] Alderman Clinton Smith certificate welding May 15, 1988 Graduation date

Morgan and Morgan Marshall Sanders 601-[illegible] Richards [illegible] 601-968-8888 Ms. Downtown Jackson, Miss. offices Mitchell Mr. Dickey Alderman Class Mayor tracy Cook Fayette, Miss. 39069

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

got X-Rays taken and body sheet done on my injuries to my body and right eye ball false R.V.R. papers Illegal, Incorrect Time-Sheet Jail time and I got Beating up by 10 Inmate, convicts and It was Just only me one person sentence and they broken my finger and hand on the right side because Ms. Dorothy Fowle told I C.M.C.F. Correction officer inmate Ms. Joeanna Sheyer Mr. Ronald King Ms. Bents Mc. Claim broke the Jame Dancer rules

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [x] Civilly committed detainee
- [x] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [x] Other *(explain)* wrongfully and unlawfully Incarceration in prison

Ms. warren county Emily Sue Fellis Smith Chamber Vicksburg Ms. Claiborne Marin Sue Jackson Ms. Greenley Monroes Port gibson County of Adams Natchez Jacksons Green County 39120 Jefferson Franklin Meadville 39096 Woodville Ms. Fayette Ms. Lorman Ms. 39069 None drinking Alcohol at all Driving D.U.I. Refusels 6-24-2001 Issaquena County Jail Prisons

## IV. Statement of Claim

Whitfield State hospital Pearl Mississippi Rankin Dr. Nail, Dr. Santo's, Male Nurse Stoney foster County

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Dr. Santo's, Commals before Dr. Phantey Jones Quintiss Clyde Glenn Dr. Nail to me when I got release by I am diagnose Perinoid Schz. I could not be income in a prison or any place for a Long period of time because I Feared feel threatening, paranoid and Nervous around peoples and strangers Whitfield State hospital in the year of 1989, 90, 91, 92, 93, 94, 95, 96 1980 1981, 1982, 1983, 1984, 1985, 1986, 1987, 1988 1997, 1998, 1999, 2000,

D.O.B 12-01-1968 1968, 1969, 1970, 71, 1975 1976 1977 1978 1979

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

2020 2017 2013 2009 2005 2001, 2021 2018 2014 2010 2006 2002 2022 2019 2015 2016 2007 2003 2023 2016 2012 2008 2004

Capt. K. S. Jones Harold Jones M.D.O.C. Alexander T. Martin Time-Sheets 12-30 Carl Nichols 12-1-2034 Central Mississippi Correction facility Quick bed, building B, C and 780 facility Building A1, A2 casemanagers Ms. Rushing

Griffins Officer Wilson Jones Coach Officer Robinson transportation Eric Zack Fielders wallace Joey owens

and Melinda Jackson, Kimberly Kimbrough, Pounders, Jones, Cains. L.A.P. Offices: Joeanna Sheyers Jame Miller 90 days Monitor Charger R Mike AK Security 30 days Raymond Dentention center Jail Belinda Jackson Madison Dentention center Jail Houseman

C. What date and approximate time did the events giving rise to your claim(s) occur? 1-7-2019

5-1-2019
5-6-2019 Not release Still here 10-24-2022

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

M. D. O. C. convicted Mississippi State penitentiary, Parchman
Illegal False accusing me of other peoples crimes in offenses
Like uttering forgery and D. W. I., D. U. I. with three orders
Mutual Credit card fraud in yr 2013, 2014 Year of June 24, 2001 sentence Valid Regular Driving License Exp.
Credit and Debit union Bank

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

12-1-2022
12-30-2022

Nervous Breakdown, went to pain management in my
2X-rays of my right hand and fingers hometown Vicksburg the white male doctor ask me did I want my hand fixed I answer
body sheet neck, back, Arms, 2 legs, 2 feets yes he did nothing yes
fatty tumor in right eyeball
Covid-19 virus fear of no symptoms wear mask 2018, 2019, 2020, 2021
Do not have it at all in my symptoms Immune Symptom body 2022
on blood.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Second floor Medical Mall Building Mental Health office visit
Hind Mental Health office in Jackson, Miss visit
Warren Yazoo visit mental Health office Vicksburg Miss 39180 Outpatient 39201
outpatient Self-control to Good and peoples, Kids, Person
On Medication Society, Plus Attorney's fees Paid
Pain and Suffering Doctor Bills 300,000 punitive damages to
Rasperidol my brain and mind and hearing voices, bad Migraine headaches
Invega cells High blood Pressure, take Benicar, Diabetes, trace blood disease
Geodon Lisinopril, to Novolog, Levemir
Remorum bones hurts, and Loss of hair on my head, and changing gray
Hydol
Prodexa from black, Loss of sleep at night, bad dreams
Swallowing faces, missing two teeth, front top Gold that cost me 600.00 in Baton Rouge Louisiana I need implants that cost me
5,000 at affordable dentures in Jackson Mississippi, Hind County

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

Colleen texas San antonio texas Houston texas Dallas texas Austin texas Monroe Tennessee Champaign Ill. Kansas city, Las vegas, Kentucky, Banton Rodge L.A. Detroit Michigan Nashville Memphis Decatuer Cook county Chicago Illinois Dolton

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

two week move 25 pre-release Wardens Camps 23, 25, 26, 30, 32 for 30 days pre-release wal-nut Grove prisons Jackson Prison St. Charles Prison Indiana woodville correction facilities A1, A2 C1, C2 Prison Alabama Cairo Aberdeen Mississippi casemanager Parchmen Penitentiary Prison Angola prison facility Ms. Ruching Mississippi State penitentiary 120 Central Mississippi Mississippi Prison Arkasas Clarke county Coahoma Drew Miss. Sunflower county Correctional facility Prison Meridian Ms. Prison Shaw Mississippi Louisiana Slidell

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [ ] No
- [x] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance? Gludstadts Mississippi Madison Dentention Center Ridgeland Canton Madison County Jail 30 days 720 Pearl Mississippi Rankin County Brandon, Byram Central Mississippi Correctional Facility

2. What did you claim in your grievance?

June 24, 2001 2013 2014 1-7-2019 thru 10-25-2022 Wrongfully and unLawfully and Illegal Incarceration in Mississippi Department of Corrections.. Prisoner Inmate

3. What was the result, if any? Nothing yet still waiting Ms. Barbara Clark Mr. Marro Lovett time-sheet impr. A. Custody 7/2019 B Custody 10/2019 Consideration for parole 601-638-7611 M.D.O.C. Warren County 636 Maximum date 12-30-2024 4-6-2019, Uttering forgery Tentative date 5-1-2019 6 yrs sentence 12-1-2024

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Mistrate Judge F. Keith Ball Granted

Addrienne Wooten 601-968-6679
Lamar Prickard, Lillie Blackman, Charlie Chambliss
Ms. Tomeka Irving Harris 601-786-7900
Circuit Court Judge

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

NO

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Ms. Kimberly Pounder, Jessica Jone, Iva Cain, Casey Newell's Lucky

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

720 Central Mississippi Correctional prison facility
I filled out a Jail-Allotment form and sent to Record Dept 301 N Lamar Jackson Street Miss 39201

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[✓] Yes

[ ] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Mistake Error

Plaintiff(s) Stafford Lydello Lydelo Chamber Monroe

Defendant(s) Mississippi Department of Correction

Madison Hinds Brandon Circuit courthouse

2. Court *(if federal court, name the district; if state court, name the county and State)*

Raymond, madison county, Hindcounty, Brandon county Byram county

County

3. Docket or index number PIN 2680 or 2860 I.D. old number M.D.O.C. M.D.O.C.

1450 County farm Rd. unit 4 Zone

#00777369 59, T1269, D101269, PIN 5814

Intaked Capt Shield 1-24-2018

4. Name of Judge assigned to your case Mr. Jame chaney Mr. Steve Ratcliff

Judge addienne wooten 601-968-6679

Judge Tomeka Irving 601-786-7900 Lisa Ross 601-981-7900

5. Approximate date of filing lawsuit Mr. Burnell Harris

M.D.O.C. Parole date 4-6-2019

5-1-2019, 5-6-2019

6. Is the case still pending?

[✓] Yes

[ ] No

If no, give the approximate date of disposition. ________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Judgement in my favor and Granted

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? yes

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Lee Andrew Monroe Sr. Rickey Joseph Chamber Vincent Edward Chamber Keith Lamar chamber Edna P. Williams Jackson Chamber Dorsey Lamont Monroe Jr.

   Defendant(s) Mississippi Department of Corrections

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Mississippi ILLinois Tennessee New orlean Louisiania

3. Docket or index number

   007773 6959, T1269, 0101269

4. Name of Judge assigned to your case

   I dont Know I was down stairs in the Attorneys offices while court was in going on, when ford was in Courtroom Accident Enterprises Company Corporations Delta Area

5. Approximate date of filing lawsuit

   1990, 1991 1992 1993 1-1-[illegible], 1994, 1995, 1996, 1997 Attended coahoma community 2yr. Junior college in Clarksdale Ms. Major trade "Electrical Technology" Course. Coahoma County 1994, 1995 Hind community Jr. 2yr. College in vicksburg, Ms. warren county 1yr. Resign until I start back into Speech finish and get degree Diploma

6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition ______

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Judgement entered in our favor, I dont Know

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-25-2022 Zodiac Sign "Saggittarius"
S.S.N. 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 D.O.B. 12-01-1968

Signature of Plaintiff: Stafford Monroe Chamber Lydello Lydelo

Printed Name of Plaintiff: Stafford Monroe Chamber Lydello Lydelo

Prison Identification #: 0077736959, T1269, 0101269, 1291269

Prison Address: 10641 Hwy 80 west
Meridian, Mississippi 39307
City State Zip Code

### B. For Attorneys

Date of signing: 10-25-2022

Signature of Attorney:

Printed Name of Attorney: Kendra Martin, Greta Kemp Martin

Bar Number:

Name of Law Firm: Disability Rights Mississippi

Address: 5 Old River Place, Suite 101
Jackson Mississippi 39202
City State Zip Code

Telephone Number: 601-968-0600

E-mail Address: